# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**SHAH BANO**

             **Plaintiff,**

   **v.**

**BRIGHT HORIZONS IMF[1]**

           **Defendant.**

**Case No. 1:20-cv-00064-CKK**

## DECLARATION OF BRIANNA DEMARCO

I, Brianna DeMarco, do hereby declare and state as follows:

1.     My name is Brianna DeMarco.  I am the Director of Defendant Bright Horizons Children's Center LLC's ("Bright Horizons") IMF Child Care Center (the "Center") in Washington, D.C.  I am over the age of 18 and I am fully competent to testify to the matters stated herein.  The matters stated herein are based upon my personal knowledge.  I understand that this Declaration may be used as evidence in the above-styled case.

2.     As indicated, I work at Bright Horizons' IMF Child Care Center in Washington, D.C., where Plaintiff Shah Bano ("Plaintiff" or "Ms. Bano") worked as a Kindergarten Prep teacher.  When Ms. Bano was employed at the Center, I was the Assistant Director.

3.     Bright Horizons offers child care, elder care, and help for education and careers to parents and employers in more than 1,000 child care centers worldwide.

4.     Part of Bright Horizons success is putting HEART into everything it does, i.e., Honesty, Excellence, Accountability, Respect, and Teamwork.

---

[1] Defendant was incorrectly named "Bright Horizons IMF" in the caption of this case.  The proper legal name for Defendant is the Bright Horizons Children's Centers LLC.

5.     Bright Horizons has received frequent praise for its efforts to promote a diverse, accommodating workplace.  For example, it recently was recognized in *Boston Business Journal's* "2019 Best Places to Work" and *Fortune* magazine's list of "2019 Best Workplaces for Diversity." In fact, *Fortune* magazine has named Bright Horizons as one of the "Top 100 Places to Work" over 19 times, the only child care organization recognized repeatedly.

6.     Bright Horizons also has achieved perfect scores from the Human Rights Campaign Foundation for each of the last six (6) years, and has been recognized by that body a total of eleven (11) times for its comprehensive efforts to promote diversity throughout the organization.

7.     *Diversity, Inc.* magazine honored Bright Horizons three (3) times for its efforts to create a diverse, accommodating workplace.

8.     Bright Horizons has received the coveted EVE Award from the United States Department of Labor in recognition of its efforts to promote diversity in its employee population.

9.     These awards and recognition are a direct result of Bright Horizons' commitment to preventing discrimination and harassment in the workplace.

10.     All employees of Bright Horizons, including Ms. Bano, are at-will employees.

11.     On September 12, 2017, I sent Ms. Bano an offer letter to work at Bright Horizons' IMF Child Center as a Kindergarten Prep teacher, beginning September 18, 2017.

12.     The most basic expectations of a child care teacher, like Ms. Bano, are that the teacher interacts appropriately with the children in her care and does not punish or discipline children in an inappropriate manner, devotes full attention to supervising children, and conducts herself in a way that does not jeopardize the health and safety of the children.

13.     These expectations are made clear in both the teacher job description and the Employee Handbook.  A true and correct copy of Ms. Bano's job description is attached hereto as

Exhibit A.

14.     When a teacher fails to meet Bright Horizons' expectations, appropriate discipline is imposed according to what is warranted under the specific factual circumstances. Discipline is imposed without regard to the protected class status of, or protected activity engaged in, by the employee in question, and any policy violation by any employee is taken seriously.

### A.     Ms. Bano's December Reprimand

15.     On December 10, 2017, Ms. Bano's co-teacher raised a concern, reporting that she had observed Ms. Bano roughly handle a child in her care.  As the Director, Agnieszka ("Agnes") Andrzejuk (hereinafter "Ms. Andrzejuk"), was away on vacation at this time, this concern was forwarded to me. A true and correct copy of the written email reporting this concern is attached hereto as **Exhibit B**.

16.     The specific concern raised was that Ms. Bano was forcefully grabbing children by their arms, causing the children to yell "ouch" and even cry.

17.     Upon receipt of this complaint, I spoke to additional teachers with knowledge of Ms. Bano's care of the children for which she teaches.  These teachers raised similar concerns about Ms. Bano's demeanor and general treatment of the children, such as Ms. Bano was ignoring a child's cry for food and did not take appropriate measures to educate the children in her care. A true and correct copy of these statements is attached hereto as **Exhibit C**.

18.     On December 11, 2017, based solely on these concerns regarding Ms. Bano's care of the children, Ms. Bano was placed on administrative leave in order to conduct a full investigation.

19.     Neither myself nor Ms. Andrzejuk, as Ms. Bano's supervisors, were aware that she was pregnant at this time, but even if we had known, we would have taken the same action given the seriousness of the concerns raised by her co-teachers.

3

20.     Ms. Bano was provided an opportunity to respond to the allegations and detailed, from her perspective, the events that had transpired.  A true and correct copy of the response Ms. Bano submitted is attached hereto as **Exhibit D**.

21.     Ms. Bano did not raise any concern in her statement, or at any time using Bright Horizons' complaint resolution process, that she was being treated differently or retaliated against because of her pregnancy (which was unknown to Bright Horizons at the time).

22.     Upon review of the findings of the investigation of Ms. Bano's conduct, it was determined that Ms. Bano had used loud, negative verbiage with the children under her care and communicated with them disrespectfully. Based on this information, it was determined that her performance was inadequate.

23.     Although Ms. Bano's deficient performance did not warrant termination at the time, it was determined, based on the seriousness of the conduct at issue, and in consultation with the Center's human resource business partners, that her conduct warranted the issuance of a written reprimand.  A true and correct copy of the written reprimand issued to Ms. Bano is attached hereto as **Exhibit E**.

24.     As part of Ms. Bano's return to work following the investigation and issuance of the written reprimand, she was required to work alongside an experienced teacher from a nearby location, who would serve as a mentor and provide coaching around Ms. Bano's interactions with children.

25.     Ms. Bano also was expressly informed that any future failure to meet Bright Horizons' expectations surrounding the appropriate treatment of children may lead to further disciplinary action, up to and including termination.

**B.      The January Incident**

26.     Less than one month after receiving a formal reprimand, Ms. Bano engaged in

4

conduct that demonstrated her performance had not improved, and in fact, was negatively impacting Bright Horizons' ability to engage in its business.

27.     On January 25, 2018, the parent of one of the children for which Ms. Bano cared, contacted Ms. Andrzejuk, Bright Horizons' Director at the time, to share that her child stated the child had been "placed in a cage," and that Ms. Bano had ignored the child's requests to use the restroom, causing the child to have a toileting accident.

28.     Ms. Andrzejuk shared the email she received from the parent with me. A true and correct copy of the email is attached hereto as **Exhibit F**.

29.     In a follow-up email from the parent, which Ms. Andrzejuk also shared with me, the parent wrote the following:

> In follow up to our conversation earlier today, [the child] says [the child] was kept where the aprons and papers that have paint and glue on them are. [The child] says it was in the corner and it was locked. [The child] said all [the child] could do was look at the toothbrushes and was not given any toys. [The child] was placed there because [the child] did not want to take a nap. [The child] says [the child] could not get to the toilet because the "cabinet was locked." [The child] states [the child] asked two time to get out to use the bathroom. One time [the child] was told no and one time [the child] was told "I don't care" by Teacher Shah [Bano]. [The child] gives these exact details.

*Id.*

30.     Given the seriousness of these allegations, Ms. Bano again was placed on administrative leave while we investigated the complaint.

31.     Ms. Bano was alerted to the allegations and given an opportunity to respond. A true and correct copy of the response she provided is attached hereto as **Exhibit G**.

32.     As Ms. Bano's response indicates, she admitted to telling a child that the child would be in a "cage" and she further admitted to ignoring the child's request to use the restroom

because Ms. Bano did not believe the child's request was legitimate.

33.     Ms. Bano did not raise any concerns of discrimination or retaliation in her response or at any time when the parent's complaint was being investigation.

34.     As a result of this incident, the family disenrolled the child from the Center.

35.     As Ms. Bano's behavior was inappropriate, in violation of Bright Horizons' policies and expectations, and impacting the Center's ability to conduct its business, it was determined, after conferring with its human resources business partners, , that termination of Ms. Bano's employment was warranted.  A true and correct copy of her termination memorandum is attached here to as **Exhibit H**.

36.     Ms. Bano's employment was terminated based upon the information uncovered during an investigation into the concerns raised about Ms. Bano by the parent of a child under her care, i.e., the January incident discussed above.  Termination was appropriate given the seriousness of the conduct at issue and Ms. Bano's history of poor performance.

37.     On January 31, 2018, Ms. Andrzejuk and myself sent several text messages to Ms. Bano asking her to call the Center to discuss the parent's complaint about this January incident.

38.     Following the telephone call we had with Ms. Bano regarding the January incident, and the decision to terminate her employment, I sent Ms. Bano email attaching her termination letter, as well as two other documents I thought she might find useful – FAQs regarding post-employment benefits and information on unemployment benefits.  A true and correct copy of this email is attached hereto as **Exhibit I**.

39.     On February 1, 2018, I provided Ms. Bano a letter verifying her employment with Bright Horizons at the Center.

**C.     Alleged Requests for Accommodations for Pregnancy**

40.     Ms. Bano did not inform myself or Ms. Andrzejuk of her pregnancy until January

12, 2018.

41.     When she disclosed her pregnancy, she was provided information regarding how to request a leave of absence for a maternity leave and other accommodations.

42.     Ms. Bano did not make a request for maternity leave or any particular accommodation for her pregnancy.

43.     Ms. Bano was not denied time off to attend doctor's appointments.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to 28 U.S.C. § 1746, I solemnly affirm under the penalty of perjury that the contents of the foregoing statements are true to the best of my knowledge, information and belief.

DATED: 1/16/2020

Brianna DeMarco
Director
IMF Child Care Center
Bright Horizons Children's Centers LLC

8

# EXHIBIT A



**Bright Horizons**
FAMILY SOLUTIONS

# JOB DESCRIPTION

**JOB TITLE: Lead Teacher (Non-Exempt)**       **SUPERVISOR'S TITLE:** _____ *(please add title the position will report to, e.g. Director or Education Coordinator)*

## Primary Purpose

Model exemplary behavior with children, parents/guardians and colleagues. Provide a safe and nurturing environment that encourages children's social, emotional, physical, and intellectual development. Take the lead in guiding the team to develop clear classroom goals that support a quality program. Plan and implement developmentally appropriate curriculum according to guidelines established by Bright Horizons and other designated quality standards. Incorporate Bright Horizons' mission, culture, goals, values (HEART Principles), philosophies, and policies into day to day work. Maintain positive relationships with families, children, colleagues, and supervisors. Give direction as needed to less experienced staff. Ensure safety and supervision of children at all times by fulfilling critical health and safety duties. Celebrate and value all children and adults by welcoming and honoring their unique abilities and backgrounds. Fulfill mandated reporter requirements as defined by the appropriate State agency including immediately reporting any suspected cases of abuse and neglect to the agency, and informing the director.

## Major Functions/Responsibilities

### Leadership

- Model exemplary behavior with children, parents/guardians and colleagues. Give direction as needed to less experienced staff.
- Take the lead in guiding the team to develop clear classroom goals that support a quality program. Collaborate with the team in developing an action plan to implement the classroom goals.
- Ensure that daily responsibilities are completed and that jobs are shared and taught to each team member.
- Orient new team members to classroom routines, curriculum practices, and parent/guardian communication.

### Staff/Child Interactions

- Interact with children frequently, affectionately, and respectfully at their level in all settings. Encourage and model social behavior and expectations that are developmentally appropriate. Use positive guidance techniques when responding to children's behavior per Bright Horizons' policies and applicable state requirements. Give children your full attention. Be available and respond promptly and appropriately to their needs.
- Enhance children's play with language, materials, and activities. Engage in frequent conversations with children and look for opportunities to expand their learning and extend their thinking.

### Supervision, Health and Safety

- Keep children within limits of sight and sound supervision at all times. Maintain accurate attendance tracking sheets (We Care) throughout the day. Know the number of children in your care, and maintain required staff/child ratios.
- Follow all health and safety procedures established by Bright Horizons and other designated quality standards. Encourage children to utilize appropriate health, safety, and nutritional practices.
- Maintain a safe, clean, appealing, and organized work area which is accessible to children.

## Program/Curriculum

- Support children's growth and development in all domains by fully implementing Bright Horizons curriculum, including signature practices and enrichment programs. Plan classroom daily schedules that provide a balance of activities. Maintain flexibility to change planned activities according to children's interests.
- Provide a variety of developmentally appropriate materials and activities which foster social skills and encourage children to problem solve, question, experiment, and be creative. Celebrate diversity by providing materials and experiences that reflect both location and global communities.
- Create documentation of children's learning, daily experiences, and accomplishments through daily notes, documentation panels, our child assessment system - Teaching Strategies Gold (TSG), and portfolios.

## Family Partnerships

- Welcome and greet all visitors and families, including those attending for back-up care, with a friendly and professional demeanor. Respond to parent/guardian comments and concerns with sensitivity, interest, and respect. Share positive, individualized information with families daily regarding the development and specific activities of children. Conduct periodic family conferences to discuss transitions and developmental goals for children.

## Professionalism and Teamwork

- Develop positive relationships with colleagues through professional and respectful communication and collaboration. Proactively work to resolve issues and concerns. Assume a fair share of responsibility in the classroom. Demonstrate initiative, and look for ways to be helpful in meeting the needs of children, the classroom, and teaching team.
- Ensure continuity of care for children by reporting to work on time and maintaining consistent attendance. Demonstrate flexibility to scheduling adjustments based upon program and center needs. Attend all mandatory meetings including staff meetings, trainings, and other location events. Actively contribute to program initiatives and positive work environment.
- Demonstrate commitment to lifelong learning by actively engaging in continuing professional development. Respond to and integrate change in a positive and constructive manner. Take responsibility for actions. Give and receive feedback with respect and a willingness to make suggested changes for professional growth.
- Protect confidential information related to staff and families, and treat necessary communications related to such information with sensitivity.

## Decision Making Authority

- Make routine decisions regarding classroom management, respond to children's needs, create and implement lesson plans (subject to review by supervisor). Use good judgement, and ask for assistance where needed.
- **Must** comply with mandated reporting requirements. Suspected child abuse or neglect must be promptly reported to the appropriate State agency, or to the center director who then becomes responsible for filing the report immediately. The Lead Teacher has the obligation and the right to contact the appropriate state agency directly.
- May take action but must inform director when caring for child with significant injury, learning of a parent/guardian concern, or recording an unusual incident..
- Supervisor approval needed for schedule changes, time off requests, transition of a child into another classroom, scheduling a field trip, or administration of medication to a child, and to release a child to someone other than known parent/guardian, discuss behavioral challenges or developmental concerns with a parent/guardian, contact a parent/guardian about a child's temperature or illness, purchase supplies, or seek outside support services for a child.

## Job Requirements

### Education

- Must have a high school diploma or GED equivalent. Must meet state requirements for education. Additional center/school requirements may apply. Related college-level course or CDA coursework is preferred.

## Experience

- Must meet state requirements for teaching experience.
- Must have 12 to 18 months professional teaching experience.

## Physical Demands

- Follow state, federal and Bright Horizons' guidelines regarding immunizations, employment physical, and required health and safety training and practices.
- Maintain mental and physical alertness and an appropriate level of energy to perform essential job requirements. Respond immediately and appropriately to multiple or unexpected situations or emergencies.
- Demonstrate full range of motion to lift, reach, squat, climb, sit, and otherwise fully participate in activities.
- Frequently lift, move, or hold children with a range of weight from 10 to 40 pounds. Occasionally lift, move, or hold weight more than 40 pounds.

---

*The above statements are intended to describe the general nature of work performed, not an exhaustive list of all essential functions and responsibilities. Qualified applicants or employees with a disability must be able to perform the essential functions of the job, with or without reasonable accommodation. If you would like to request an accommodation, please inform your hiring manager or supervisor.*

Employee Signature: _____

Date: _____

(Please provide a copy to the employee and put the original in the employee's personnel file.)

# EXHIBIT B

**From:**  ███████
**To:**  Agnieszka Andrzejuk
**Cc:**  Brianna DeMarco; ████████
**Subject:**  Fwd: [EXTERNAL] Statement
**Date:**  Sunday, December 10, 2017 10:58:26 AM

Good morning-

One of my new hires, ████████ asked to speak with me yesterday at our staff meeting. She shared some concerns that she witnessed at IMF with a teacher she was working with. Below is her statement that I asked her to send me. ████ has been a sub for only a week so far.

Please let me know if you need anything further.



██████████ **| Sub pool Staffing Coordinator ~ DC**

**Bright Horizons Family Solutions**



[www.brighthorizons.com/careers](http://www.brighthorizons.com/careers) |*Caring for Children and Families for 30 years!*

***Centers*** *– click* [here](#) *to fill out a survey on the Substitutes that support your center.*

***Substitutes*** *– click* [here](#) *to fill out a survey on the centers that you support.*

Begin forwarded message:

> **From:** ██████████████████
> **Date:** December 10, 2017 at 10:11:29 AM EST
> **To:** ████████████
> **Subject: [EXTERNAL] Statement**

*** This message originated outside Bright Horizons. Do not open attachments or click links from unknown senders or in unexpected emails. ***

Good morning Ms ███████ ,

On Thursday December 7th I was assigned to sub at the FMI building and I was assisting the teacher named Ms.shaw in pre-k . When I arrived a few mins arrived I saw Ms. Shaw grabbing the children by their arms forcefully and when she did this the children yell "ouch" and started to cry. This happened multiple times throughout the day. Also when we when to the play ground Ms. Shaw was walking ahead of the children and then started to the children to catch up.

Sent from my iPhone

EXHIBIT C

12/11/17

On Wednesday Dec 6, 2017 myself and Ms Shah were in preschool 2 classroom during breakfast and morning tracking of preschool and pre K combined. I was serving breakfast to children and Ms Shah was reading a book to 2-3 children in block area two children come into the room I said "Can you sign the children onto the tracking sheet" Ms Shah said "████████ you do not tell me what to do I am going to tell Ms Agnes" I told her very important people were coming could she sign her children onto tracking sheet as I was serving breakfast. she did not move so I signed children onto tracking sheet.

On Friday Dec 8, 2017 ██████████ osah for the company asked for extra food for a child in Pre K ███████████ I gave her some of our school lunch. She came to me later expressing that ████████ was crying for a second serving of food and felt Ms Shah bypassed ██.

I Noticed children were watching videos for a very long period of the day. I wanted to talk to her about this but she has been very confrontational with myself and ████████



On Friday Dec 9, 2017,
During lunch-time, I noticed ███████ crying heavily for second servings of ground turkey meat. Ms Shah stated to ████████ that all of the meat was gone. But most of the other children were served seconds except for ███████. I then walked over to preschool next door and asked ████████████████████ if their class had extra turkey meat left, in which they did. I went ahead and gave extra to ███████████. And I noticed the expression on Ms Shah's face that she didn't seem too happy and asked if ████ said thank you, in which ████ did. But she wanted ████ to repeat it because she didn't hear it.

# EXHIBIT D

12/10/17

To:

The Assistant Director
Bright Horizons
IMF

Subject: "Grabbing child by hand" allegations"
Dear Madam,

It came as a surprise to me that I have allegation of misconduct with "a child" on 12/7/2017. As of the first day of my duty, to this date I do not remember any misconduct with any child under my supervision. The misconduct explained by Miss Brianna is that I grabbed a child's hand when I was upset. I clearly do not remember any such behavior on my part. I am never upset at children, as I am there to serve them in every day goals such as eating, learning, going to the bathroom, reading, separation from parents in morning, etc etc. I treat them with love, respect and care in a very professional manner.

The last two days at work has been highly hectic and I have done a lot of activities with children. The details of these activities could be found on the ipad of the Pre-K. I work on every child individually to develop their emotional, physical, and intellectual persona. I treat them like INDIVIDUALS.

Last but not least, if any one has felt otherwise, I apologize that someone has felt this way but it is/was never intentional. I have always dealt with wrong perceptions of my colleagues at my current workplace, but, I must say, this particular allegation has really demotivated my spirit to work enthusiastically for children and be their advocate for their every day small needs. I do not take Bright Horizons as Child Care rather as a full fledge school where I prepare children every day for real life challenges by developing their thinking skills through opening discussions to them. I do not perform any actions in the class room which is against the will of my children.


Thank you very much.



Best regards,

Shah Bano
Pre-K Teacher

# EXHIBIT E

**Bright Horizons Family Solutions**
**Employee Conference Memo**

Date: December 21, 2017          Employee Name:  Shah Bano          Supervisor Name: Brianna DeMarco

This memorandum is to be used for the following purpose:

Counsel ☐          Reprimand ☒          Termination ☐          Follow-up ☐

Describe specific circumstances or observations:  On December 9, 2017, Shah Bano was placed on administrative leave after concerns were raised that she may have grabbed a child forcefully by their arm, while speaking inappropriately to children in her care and used inappropriate disciplinary practices.

Bright Horizons determined substantiated that Shah was observed displaying the following behaviors:
- Using loud, negative verbiage with a child.
- Use of the word "no" and communicating disrespectfully to children in her care

These actions are a violation of the Positive Guidance Policy and do not reflect our policies and procedures.  Nor do they encourage children's efforts to build feelings of self-worth as stated in the employee handbook.
Further, use of harsh/inappropriate tone of voice, is a violation of the Positive Guidance Guidelines and are not acceptable.

Has employee been counseled for a similar incident?  No

Corrective action(s) required:  The safety and health of children is our primary goal in caring for children.  Children need to be nurtured and have responsive and respectful caregivers.  Children exhibiting challenging behaviors, signs of distress or discomfort must be attended to by providing positive interactions and verbal feedback.  Shah's performance requires immediate improvement in the areas of meeting the needs of children in a timely manner. Going forward, Shah must complete the following:
- She will participate in the Powerful Interactions training
- Positive Guidance Training
- Shadowing and Observations in other KPrep Programs at 1111 Penn
- Formal and informal observations of Shah's interactions with the children in her care.  Immediate feedback will be provided if necessary.  Otherwise, feedback will be given on formal observations within two days of the observations.
- Review and provide signed acknowledgement of the Positive Guidance Guidelines.
- All trainings and policy review must be completed before returning into your classroom in ratio.

Resources provided:  Positive Guidance, Powerful Interactions, Teaching Strategies Providing Positive Guidance
Scheduled completion date:  December 27th
Possible consequence if actions are not taken:  Further progressive counseling up to/and including immediate termination.

Employee comments:_____

_____

_____

I have read the above memo and do ___ do not  X  wish to submit written response. I understand that repeated violations of company policy may result in disciplinary action, possibly including termination. I also understand that my signature below is an acknowledgement that the content of this memo was discussed with me.

HR: Employee Practices & Standards                    2/2012                                        1 of 2

Employee Signature: _____   Date: 12/27/17

Supervisor Signature: _____   Date: 12/27/17

Witness Signature: _____   Date: 12/27/17

# EXHIBIT F

4/3/2018                                              [EXTERNAL] Re: concern - Agnieszka Andrzejuk

# [EXTERNAL] Re: concern

██████████████████████████████████████████████

Tue 1/30/2018 5:51 PM

To: Agnieszka Andrzejuk <Agnieszka.Andrzejuk@brighthorizons.com>;

Cc: ███████████████████████████    Brianna DeMarco <briannardemarco@gmail.com>;

In follow up to our conversation earlier today, ███ says ███ was kept where the aprons and papers that have paint and glue on them are. ██ says it was in the corner and it was locked. ███ said all ███ could do was look at the toothbrushes and was not given any toys. ███ was placed there because ███ did not want to take a nap. ███ says ███ could not get to the toilet because the "cabinet was locked." ███ states ███ asked two times to get out to use the bathroom. One time ███ was told no and one time ███ was told "I don't care" by Teacher Shah. ███ gives these exact details.

Sent from my iPhone

On Jan 26, 2018, at 2:34 PM, Agnieszka Andrzejuk <Agnieszka.Andrzejuk@brighthorizons.com> wrote:

Hello ███

Thank you so much for this email, and I apologize that you were not notified about ████████ accident.

We take the situation that led to it very seriously.

I tried calling you around 1:40pm this afternoon. This is to let you know that we are in the process of gathering information from the teachers and investigating it. We hope to connect with you next week with updates.

Best regards,

Agnes

From: ███████████████████████
Sent: Thursday, January 25, 2018 7:53 PM
To: Agnieszka Andrzejuk; ████████████████
Subject: [EXTERNAL] concern

**\*\*\* This message originated outside Bright Horizons. Do not open attachments or click links from unknown senders or in unexpected emails. \*\*\***

Hi Agnes,

I have a concern about something ▇▇▇ was telling us today. ▇▇ says that ▇▇ did not want to take a nap the other day and that ▇▇ was placed in a "cage." ▇▇ said that ▇▇ told the teacher ▇▇ needed to pee but was ignored and told "I don't care" and ▇▇ subsequently urinated on ▇▇▇. Then ▇▇ said that ▇▇ was placed in a diaper (▇▇ does not wear diapers) and someone else's pants and that they washed ▇▇ clothes and put them back on ▇▇ after snack time. We were never notified of any of these events by the center staff. I am not sure of the facts of what happened here but ▇▇▇ would have no reason to make this up. I hope there can be some clarification of what happened here.

Regards,

▇▇▇▇▇

Bright Horizons Children's Centers LLC., 200 Talcott Avenue South, Watertown MA 02472 USA
Bright Horizons Family Solutions Limited (Co. No. 2328679), r/o 2 Crown
Court, Rushden, Northamptonshire NN10 6BS UK

This e-mail and any attachments to it are intended only for the addressee
and may contain information which is confidential and/or legally privileged.
If you are not the intended recipient, you are hereby notified that any
dissemination,distribution or copying is strictly prohibited. If you have
received this e-mail in error,please contact the sender immediately and
delete the material from any computer and anyprintout thereof. Bright
Horizons cannot guarantee that this e-mail communication is secure or free
of error. No liability is accepted for any viruses or for any corruption,
amendment to or deletion of or from this e-mail.

# EXHIBIT G

# [EXTERNAL] FW: To whom it may concern

## DeMarco, Brianna <BDeMarco@imf.org>

Fri 1/26/2018 2:14 PM

To:Agnieszka Andrzejuk <Agnieszka.Andrzejuk@brighthorizons.com>;

**\*\*\* This message originated outside Bright Horizons. Do not open attachments or click links from unknown senders or in unexpected emails. \*\*\***

Brianna DeMarco
Assistant Director
IMF Childcare Center
700 19th Street, NW
Washington, DC 20431
P (202)-623-9802
F (202)-623-9824

**From:** Bano, Shah [mailto:shah_bano@biari.brown.edu]
**Sent:** Friday, January 26, 2018 2:14 PM
**To:** DeMarco, Brianna <BDeMarco@imf.org>
**Subject:** To whom it may concern

█████ was not staying in ████ bed during nap time. When I entered the classroom at 2pm, I tried to offer ███ 3 CHOICES i.e read a book in bed, hibernate with ████ soft toys or quietly rest body on bed and do not come out of bed. ███ did not listen and started jumping around every bed in the room for 40 to 50 mins. I was sitting by the phone so I told ██████ that ██ is going to sit next to me and we will assume it's a cage meaning that we can not move from our spots. ███ smiled and liked the idea and sat with me. ██████ referred to ████████ as a bear in cage hibernating in winter.

At 2.50 I started waking up the sleeping children one by one. I was busy with bed collection █████ came to me and said I need to pee. ███ did not look like ████ has bathroom needs but ████ looked like ████ just wants to skip to bathroom to play.

I told ████ in 5 mins everyone is going to bathroom so just wait for me. In mean while I was by the door while ███ was by bathroom while ████ peed in ████ pants. I observed it and asked ████ why ███ didnt tell me or just go to the bathroom but █████ said I did tell you. I felt bad and apologized to ████ and took ████ to cabinet to see clothes but ████ had no spare clothes. ████████ entered room in meanwhile and told ████ sometimes pee don't wait and it just comes out of body. It's ok █████ and let's take your clothes and wash it. It will be dry before pappi comes.

It was an error of judgement but I do send children to pee during nap time too ████ just didn't seem like ███ is having a natural need. ████ never pays attention to teachers and just do what ██████ feels like doing. If ███ had natural urge, I assumed, ███████ being █████ would run towards bathroom. But, ████ didn't. ████ was jumping on floor and the accident happened because of ███ non serious attitude towards instructions and playful behavior of not listening.

I did not enforce any harsh language with ████ and ████ smiles all the time in my supervision █████ makes creative stories and I use words that ██████ uses in ██████ stories so that I can talk to the child at Children's level.

Hope it clarifies concerns.

EXHIBIT H

**Bright Horizons Family Solutions**
**Employee Conference Memo**

Date:   1/31/18                Employee Name: Shah Bano           Supervisor Name: Agnes Andrzejuk

**This memorandum is to be used for the following purpose:**

☐ Counsel              ☐ Reprimand            ✓ Termination            ☐ Follow-up

**Describe specific circumstances or observations: (*Please make references to policy or job description, if applicable.*)**
On January 25, 2018, concerns were raised around your interactions with a child in your classroom. Specifically, concerns regarding denial of child's request to use the bathroom, in which the child urinated on herself. In addition to the denial request, you also did not follow the Bright Horizons Positive Guidance Policy and standards of appropriate redirection. Also, failing to communicate to the parents about the accidents at the end of the day.

Bright Horizons conducted a full investigation and determined that Shah did not follow the Bright Horizons policies of Positive Guidance and appropriate language. Bright Horizons considers Shah's actions to demonstrate unsatisfactory job performance in the area of child interaction. Her actions also do not reflect a commitment to Bright Horizons' HEART Principles or philosophy and practices around respect.

**Has this employee been counseled for a similar incident?** Yes
**Date(s):**
12/21/17 – Reprimand, Positive Guidance

**Corrective Action(s) Required: (*specific, measurable*)**  Due to the nature of the most recent concerns, and past performance history, Bright Horizons has determined that it is in the best interests of the center to release Shah from her position effective immediately. Because Shah is being released for violation of policy, she will not be eligible for rehire at any Bright Horizons facility.  Per company policy, Bright Horizons will only verify dates of employment and position held if called for a reference on her behalf by a prospective employer.

**Resources Provided:** DC Unemployment Information

**Scheduled Completion Date:** Immediate

**Possible Consequence if actions are not taken:** n/a

**Employee Comments:**

_____

_____
_____

*I have read the above memo and ___ do ___ do not  wish to submit written response. I understand that repeated violations of Company policy may result in disciplinary action, possibly including termination. I also understand that my signature below is an acknowledgement that the content of this memo was discussed with me.*


_____              _____
(Employee Signature)                                               (Date)

_X. B._____              01/31/2018
(Supervisor Signature)                                            (Date)

*Brianna DeMarco*_____          01/31/2018
(Witness Signature)                                               (Date)


Attachments ( )

2/2001
HR – Employee Conference Memo.doc

# EXHIBIT I

# [EXTERNAL] Termination Letter & Unemployment Information

## DeMarco, Brianna <BDeMarco@imf.org>

Wed 1/31/2018 6:37 PM

To: Bano, Shah <shah_bano@biari.brown.edu>;

Cc: Agnieszka Andrzejuk <Agnieszka.Andrzejuk@brighthorizons.com>;

📎 3 attachments

DC Unemployment Information.pdf; Post-Employment Benefits FAQ Employee Leaving Only.pdf; Shah_ECM 1.31.pdf;

**\*\*\* This message originated outside Bright Horizons. Do not open attachments or click links from unknown senders or in unexpected emails. \*\*\***

Hello Shah,

Per our telephone conversation, I am attaching your termination letter and two other documents that you may find useful: Unemployment Benefits information and Post-Employment Benefits.

As we discussed your final check will be direct deposited to you. Also, if you have any personal belongings at the Center, please send a list and we will mail it to your home address.

1333 N Street NW

Washington, DC 20005

Sincerely,

Brianna DeMarco

IMF Center Assistant Director

**Brianna DeMarco**
**Assistant Director**
**IMF Childcare Center**
**700 19th Street, NW**
Washington, DC 20431
P (202)-623-9802
F (202)-623-9824

*About the . . .*
# Department of Employment Services (DOES)

The Department of Employment Services fosters economic development and growth in the District of Columbia by providing workforce development services, linking employers to job seekers, compensating eligible unemployed and injured workers, and promoting safe and healthy workplaces.

## Our Programs & Services

**Unemployment Insurance (UI) Benefits** pays benefits to workers who are unemployed through no fault of their own.  Worker who are employed or working less than fulltime may file a claim.  Applications for unemployment benefits may be filed electronically at www.jobs.dc.gov or at the DC Works! Career Centers located in Northeast, Northwest and Southeast. Continued UI claims can be filed via the Internet or the telephone.  Benefits can be paid through direct deposit.  Call our UI office at (202) 724-7000.

**DC Works! Career Centers** are part of a nationwide system that assists workers to find jobs, receive career counseling and training, and apply for unemployment insurance benefits. The District's career centers provide free resources (computers, faxes, telephones, workshop and training) that allow users – workers, job seekers, and employers – convenient access to employment related services in one location. Centers are strategically located throughout the District.

**Virtual DC Works! Career Center System** is the online equivalent of the career centers.  Virtual DC Works! Career Center System is an advanced, comprehensive, and integrated technological system that allows job seekers, training providers, employers, and UI applicants, 24-hour access to employment and labor market information, and the agency's program services and resources.  The system can be accessed at www.jobs.dc.gov.

**Apprenticeships** offer workers on-the-job training -- sponsored by local employers, labor groups, and employer associations-- for opportunities primarily in the construction trades.  Apprenticeships combine on-the-job training with classroom instruction.  Applicants must be at least 18 years old and meet the sponsor's qualifications.  Generally, applicants must demonstrate that they have the ability, aptitude, and education to master the basics of the occupation.  Call 202- 698-5099 for more information.

**Wage and Hour Office** enforces the District's laws regarding workers' wages and hours worked. The Office of Wage and Hour  administers the District's laws regarding wages and hours, as well as the Minimum Wage Amendment Act of 2004," which requires person employed in private industry in the District to receive a minimum wage of $12.50 per hour.  Every employer covered by the provisions of the Act must post the Minimum Wage Poster within the employee's workspace. Call 202- 671-1880.

**Youth Employment Program** provides employment opportunities and skills building to young adults, ages 14 – 21, throughout the entire year.  The program consists of the In-School Program, the Out-of School Program, the Mayor's Youth Leadership Institute, and the Summer Youth Employment Program. Call 202- 698-3492.

The Department of Employment Services is an Equal Opportunity Employer/Provider.
Auxiliary aids and services are available upon request to persons with disabilities.



District of Columbia
Department of
**EMPLOYMENT**
**SERVICES**
www.does.dc.gov

*Government of the District of Columbia*
*Vincent C. Gray, Mayor*

*Department of Employment Services*
*Dr. Rochelle L. Webb, Acting Director*



**Bright Horizons Family Solutions**
**Benefits Post-Employment FAQ**

**Q. How long am I covered by Bright Horizons' benefit programs upon separation of employment?**
    **A.** All benefits end as of your last day of full-time employment with Bright Horizons.

**Q. Can I continue my medical/dental/vision/Health Care FSA benefits after I leave Bright Horizons?**
    **A.** If you were covered under medical/dental/vision/Health Care FSA benefits while employed with Bright Horizons, you have the option to continue those benefits under the Consolidated Omnibus Budget Reconciliation Act (COBRA). COBRA provisions allow former employees to continue coverage for up to 18 months at the full premium rate plus a 2% administration fee.

**Q. How do I elect continuation of coverage under COBRA?**
    **A.** COBRA-eligible participants will receive paperwork, including premium costs, from Benefit Concepts approximately three (3) weeks after separating employment. To elect COBRA, you must complete and return the COBRA election form along with a check made payable to Benefit Concepts. Benefit Concepts will then work with the appropriate insurance carrier to reinstate your medical/dental/vision/Health Care FSA benefits as of your last day worked. If you have a COBRA-related question, please contact Benefit Concepts at (800)969-2009 or visit mybenefits.benefitconcepts.com.

**Q. What if I need medical, pharmacy, dental or vision services before my coverage is reinstated?**
    **A.** You must pay out-of-pocket for any claims incurred during the time that your active coverage ends and your enrollment in COBRA coverage is effective. Once your coverage is reinstated, you can submit your expenses to your medical/dental/vision/Health Care FSA carrier for reimbursement.

**Q. I'm enrolled in the Dependent Care FSA and have an unused balance. What happens to that balance?**
    **A.** The IRS allows employees to "spend down" their Dependent Care FSA accounts. You can use up your remaining Dependent Care FSA account balance to pay for eligible post-termination expenses incurred during the plan year in which employment terminated. The expenses incurred after termination are ineligible for reimbursement unless they enable you and your spouse to be gainfully employed (i.e. actively looking for work, employed or attending school full-time). You must submit a Dependent Care FSA claim form along with proof of expense to the Benefit Department in order to receive reimbursement. All claim forms must be submitted for reimbursement no later than March 31 of the year following the plan year in which employment terminated (ex., if employment terminated on June 1, 2011 all claim forms must be submitted by March 31, 2012). Any remaining balance after March 31 will be forfeited per IRS regulations.

**Q. Can I convert my life insurance and voluntary life insurance coverage to individual policies?**
    **A.** Yes. Please contact the Benefits Help Desk at (877)534-7301 no later than 30 days after your last day of employment to request a conversion form.

**Q. Can I continue my disability policy?**
    **A.** There is no conversion option available for disability.

**Q. What happens to my 401(k) when I leave?**
    **A.** This information can be found in our 401(k) Post-Employment FAQ. Please ask your director/manager for a copy.

*Updated January 2014*

**Q. Can I reinstate my benefits if I am rehired by Bright Horizons?**
   A. If you are rehired to full-time status within six (6) months of your separation date, you have 30 days from your full-time rehire date to re-enroll in the benefits you had prior to separating employment. If your full-time rehire date is more than six (6) months after your separation date, you must re-establish benefit eligibility (60 days for medical coverage, 6 months for dental, life, disability and voluntary life coverage).

**Q. What happens to the Tuition Reimbursements that I have already received if I choose to leave Bright Horizons?**
   A. Employees will be required to repay Tuition Reimbursement for completed classes if they choose to leave Bright Horizons within 6 months of the reimbursement (please see Tuition Reimbursement policy for amounts).

**Q. What happens to my tuition reimbursement if I am currently approved for a class?**
   A. If you leave the company for any reason (other than the center closing) you will not be eligible to be reimbursed.

**Q. Can I submit a Tuition Reimbursement Application for a class that will end after I leave?**
   A. Application for Tuition Reimbursement for a class scheduled to end after you leave will not be approved.

**Q. What happens to my currently approved Tuition Reimbursement if I transfer to another Center?**
   A. Any class that is currently approved will be paid out for the approved amount even if you transfer to another Bright Horizons Center. In this case, please be aware that you must be employed by Bright Horizons at the time the class ends as well as at the time of reimbursement to be eligible for the benefit.

**Q. If I have started my CDA Training will I be required to repay any advances/reimbursements that I have received?**
   A. You will be responsible for repaying any advances made toward your CDA training if you are leaving within 1 year of the date of the application(s) (please see CDA policy for amounts).

**Q. If I have completed my CDA requirement(s), can I apply for my $325.00 Assessment fee?**
   A. If you have applied/received the CDA Assessment Fee and you leave Bright Horizons within one year of the application date, you will be required to re-pay the advance (please see the CDA Policy for amounts).

**Q.  Where can I access my paystubs and employment information?**
   A.  You will have access to Employee Express for 6 months after your last day of employment where you can view and print your employment information and paystubs.  Please use your eight digit Bright Horizons Employee ID number for your user name and your date of birth (yyyymmdd) for your password to gain access via https://wd5.myworkday.com/brighthorizons/login.flex?redirect=n.  After 6 months, please contact the Payroll Department for assistance.

**Q. I have more questions. Who can I call?**
   A. Please contact the Benefits Help Desk by calling 877-534-7301 if you have additional questions regarding your Bright Horizons benefit elections. Please allow 24 – 72 hours for us to respond to your inquiry.

   Additionally, you will continue to have access to Bright Horizons ComPsych GuidanceResources for 30 days after your separation date. Separation of employment is a time of transition in many ways, and this program includes services such as financial, emotional and relationship counseling; health and stress management; career development and more. Please contact 1-866-511-3389 or go to www.guidanceresources.com and enter company code HY2135D for assistance.

*Updated January 2014*

**Bright Horizons Family Solutions**
**Employee Conference Memo**

Date:   1/31/18          Employee Name: Shah Bano          Supervisor Name: Agnes Andrzejuk

**This memorandum is to be used for the following purpose:**

☐ Counsel          ☐ Reprimand          ✓ Termination          ☐ Follow-up

**Describe specific circumstances or observations: (*Please make references to policy or job description, if applicable.*)**
On January 25, 2018, concerns were raised around your interactions with a child in your classroom. Specifically, concerns regarding denial of child's request to use the bathroom, in which the child urinated on herself. In addition to the denial request, you also did not follow the Bright Horizons Positive Guidance Policy and standards of appropriate redirection. Also, failing to communicate to the parents about the accidents at the end of the day.

Bright Horizons conducted a full investigation and determined that Shah did not follow the Bright Horizons policies of Positive Guidance and appropriate language. Bright Horizons considers Shah's actions to demonstrate unsatisfactory job performance in the area of child interaction. Her actions also do not reflect a commitment to Bright Horizons' HEART Principles or philosophy and practices around respect.

**Has this employee been counseled for a similar incident?** Yes
**Date(s):**
12/21/17 – Reprimand, Positive Guidance

**Corrective Action(s) Required: (*specific, measurable*)**   Due to the nature of the most recent concerns, and past performance history, Bright Horizons has determined that it is in the best interests of the center to release Shah from her position effective immediately. Because Shah is being released for violation of policy, she will not be eligible for rehire at any Bright Horizons facility.  Per company policy, Bright Horizons will only verify dates of employment and position held if called for a reference on her behalf by a prospective employer.

**Resources Provided:** DC Unemployment Information

**Scheduled Completion Date:** Immediate

**Possible Consequence if actions are not taken:** n/a

**Employee Comments:**

_____

_____

*I have read the above memo and  ___ do ___  do not  wish to submit written response. I understand that repeated violations of Company policy may result in disciplinary action, possibly including termination. I also understand that my signature below is an acknowledgement that the content of this memo was discussed with me.*


_____          _____
(Employee Signature)                                      (Date)

*Ab*                                                        01/31/2018
_____          _____
(Supervisor Signature)                                    (Date)

*Brianna DeMarco*                                          01/31/2018
_____          _____
(Witness Signature)                                       (Date)


Attachments ( )

2/2001
HR – Employee Conference Memo.doc