# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SHAH BANO** | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-00064-CKK |
| **BRIGHT HORIZONS IMF, et al**[1] | |
| Defendants. | |

## <u>DECLARATION OF BRIANNA DEMARCO AS CUSTODIAN OF RECORDS</u>

I, Brianna DeMarco, do hereby declare and state as follows:

1.      My name is Brianna DeMarco.  I am the Director of Defendant Bright Horizons Children's Centers LLC's ("Bright Horizons").  I am over the age of 18 and I am fully competent to testify to the matters stated herein.  I understand that this Declaration may be used as evidence in the above-styled case.

2.      I have the authority to certify the records appended hereto.  I have reviewed our records and files and have determined that the documents attached to this Declaration are true and accurate copies.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Bright Horizons' Non-Discrimination and Anti-Harassment Policy available publicly online at https://child-care-preschool.brighthorizons.com/-/media/BH-New/Newsroom/Media-Kit/Non-Discrimination.ashx.

4.      Attached hereto as **Exhibit B** is a true and correct copy of excerpts from Bright

---

[1] Defendant was incorrectly named "Bright Horizons IMF" in the caption of this case.  The proper legal name for Defendant is the Bright Horizons Children's Centers LLC.

Horizons' Employee Handbook.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a February 20, 2018 email to Agnieszka Andrzejuk from the parent regarding the January incident, as that phrase is used in the papers contemporaneously filed herewith.

6.      Attached hereto as **Exhibit D** is a true and correct copy of Ms. Bano's Charge of Discrimination that was filed with the District of Columbia Office of Human Rights.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the letter from the District of Columbia Office of Human Rights, dated March 1, 2019, dismissing Ms. Bano's Charge of Discrimination.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the Right to Sue letter from the Equal Employment Opportunity Commission, dated May 29, 2018.

9.      These records are kept in the ordinary course of business.  I personally located or oversaw the collection of the documents.


Pursuant to 28 U.S.C. § 1746, I solemnly affirm under the penalty of perjury that the contents of the foregoing statements are true to the best of my knowledge, information and belief.

DATED: 1/16/20

Brianna DeMarco
Director
IMF Child Care Center
Bright Horizons Children's Centers LLC

# EXHIBIT A

# BRIGHT HORIZONS
# Non-Discrimination and Anti-Harassment Policy

*Bright Horizons® is committed to providing work environments and conducting company events that are free from discrimination and harassment for its employees, interns, independent contractors, customers and visitors. Harassment, discrimination, and retaliation of any kind are prohibited and will not be tolerated. This includes verbal harassment or discrimination, as well as written communications, emails, social media posts, texts or tweets.*

*Bright Horizons reinforces our commitment to creating respectful and inclusive environments by requiring that all employees attend diversity awareness trainings. In addition, all supervisors are required to complete training on anti-harassment and non-discrimination.*

*Bright Horizons is committed to addressing unlawful behavior and encourages all employees to help us meet our commitment by promptly reporting to a supervisor and/or human resources any behavior which may violate this policy.  If you believe that you are the subject of or if you have witnessed harassing or discriminatory behavior (including sexual harassment) towards others, please use the Complaint Resolution Process set out below.*

*Prohibited actions include, but are not limited to, discrimination, harassment, based on sex (including pregnancy, childbirth, lactation, or related medical conditions), race, gender (including gender identity and gender expression), national origin or ancestry, color, religion (including religious dress and grooming practices), creed, physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, age, sexual orientation, veteran status or any other class protected by federal, state or local law, ordinance or regulation. It is also unlawful to deny family and medical care leave based on the protected classes above.*

## Sex Harassment

Harassment (including "sexual harassment") is unlawful and occurs when offensive conduct is made a term or condition of employment (whether explicitly or implicitly), unreasonably interferes with an individual's work performance or advancement, or creates a hostile, intimidating or offensive work environment; or when the submission or rejection of such conduct is used as the basis for employment decisions.

The victim or the harasser can be a woman or a man, or both can be the same sex. The harasser can be a supervisor, a colleague, or someone who is not a Bright Horizons' employee, such as a client or customer.  A person who is not harassed directly, but is affected by the offensive conduct, can be a victim of sexual harassment. The victim does not need to suffer economic injury, adverse employment action or termination for conduct to be unlawful.

## Unlawful Activities

Examples of unlawful harassment and discrimination include, but are not limited to:

- Sexual innuendoes, suggestive comments, jokes of a sexual nature, propositions, threats;

- Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, staring, leering, whistling, obscene gestures;

- Unwanted physical contact; including touching, pinching, brushing, accosting, or impeding someone's physical direction of movement or progress;

- Repeated requests for a date or sexual favors and repeated phone calls, letters, or messages which are unwelcome or intimidating in nature;

- Discussion of sexual activities or inquiries into one's sexual experiences;

- Offensive comments about a person's sex or sex stereotypes;

- Use of racial or other epithets/slurs (hate words) which make derogatory reference to or demean members of particular groups;

- Mocking the physical characteristics or mannerisms of a person who is disabled.

## Complaint Resolution Process

If you are subjected to or witness discrimination or harassment, a report can be made either verbally or in writing to a supervisor, manager, human resources or directly to the VP, Human Resources Business Partnerships at 200 Talcott Avenue, Watertown, MA 02472, or through the confidential HR employee email at **hrconcerns@brighthorizons.com**.

Your complaint should include details of each incident and the names of those involved, including witnesses. Bright Horizons adheres to confidentiality protocols to protect your identity except as required in the context of the investigation.

Upon receipt of a complaint, human resources will:

- Inform you promptly, clearly, and fully of your rights in the handling of the complaint, including the right to confidentiality.

- Conduct a fair, timely and detailed investigation of the allegations in the complaint, in order to make a determination regarding what occurred.

- Determine an appropriate remedy for the alleged harasser using Bright Horizons' corrective action process, and

- Inform the victim of the resolution.

## Retaliation

Both the law and Bright Horizons prohibit retaliation against any individual who makes a complaint or participates in an investigation into allegations of unlawful discrimination or harassment, including sexual harassment.

### THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)

www.eeoc.gov | (800) 669-4000 | 131 M Street, NE, Washington, DC 20507
To contact your local employment discrimination enforcement agency,
please visit www.eeoc.gov/field and search by zip code.
For California employees, contact the California Department of Fair Employment and Housing:
www.dfeh.ca.gov | (916) 478-7251 | 2218 Kausen Drive, Suite 100 | Elk Grove, CA 95758

## Disciplinary Action

If a determination is made that inappropriate conduct occurred, the harasser and anyone who engaged in retaliatory conduct will be subject to disciplinary action, up to and including termination of employment.

## Pay Transparency

As a federal contractor, Bright Horizons complies with the Pay Transparency Act and will not discharge or discriminate in any other manner against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions may not disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with Bright Horizons legal duty to furnish information.

## Legal Remedies

In addition to the rights described above, individuals may file a formal complaint of discrimination with the appropriate state or federal agency.  In certain circumstances, some states allow for the harasser and/or the manager to be personally liable for damages in a civil suit brought against them.



© 2018 Bright Horizons Family Solutions LLC. All Rights Reserved.

# EXHIBIT B

# Employment References

It is Bright Horizons' policy to provide verification of employment, job location, job title, and dates of employment in response to requests for employment references. If disclosure is mandated by local law, Bright Horizons may, at its sole discretion, elect to share a "do not rehire" designation with a potential employer. Bright Horizons may release information to cooperate with legal, safety, and medical officials who need to know specific employee information or as law or regulation may require.

Bright Horizons will provide a reference based on documented job performance only if you complete and return the reference authorization and release form to your supervisor.

# Equal Employment Opportunity

Bright Horizons has an overall objective to create a work environment where differences are encouraged and valued. We aim to develop a shared understanding and a common approach that enables Bright Horizons to succeed. We are a diverse family serving diverse families. We create an environment of honesty and respect as we work to achieve workplace excellence.

It is the policy of Bright Horizons to:

- Recruit, hire, and promote in all job classifications without regard to sex (including pregnancy, childbirth, breastfeeding, or related medical conditions), race, gender (including gender identity and gender expression), national origin or ancestry, color, religion, creed (including religious dress and grooming practices), physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, denial of family and medical care leave, age, sexual orientation, veteran status or any other class protected by federal, state, or local law, ordinance or regulation.

- Base all employment decisions on furthering the principle of equal employment opportunity.

- Be certain that promotion decisions are in accordance with the principles of equal employment opportunity by imposing only valid requirements for promotional opportunities.

- Be certain that all other personnel actions, including compensation, benefits, transfers, layoffs, return from layoffs, company-sponsored training, education, tuition assistance, and social and recreational programs are administered following the principles of equal employment opportunity.

- Conduct analysis of personnel actions annually to ensure that the policy of equal opportunity is being carried out.

Bright Horizons is committed to taking affirmative action to increase the representation of all protected classes in all areas of its workforce if they are underrepresented. In affirming this policy, Bright Horizons pledges its continued support of equal employment opportunity. Each year, Bright Horizons prepares affirmative action plans to meet United States federal contract requirements. A copy of the affirmative action plan is available at each participating establishment and at the Home Office in Watertown.

## REASONABLE ACCOMMODATION

Bright Horizons provides equal employment opportunities to qualified individuals with a disability by making reasonable accommodations. Accommodations are considered reasonable if they do not pose undue hardship on the operations of the company. Qualified applicants or employees with a disability must be able to perform the essential functions of the job, with or without reasonable accommodation.

If you have a temporary disability and if a healthcare provider indicates that you are capable of working, but there are restrictions on the type of work you can perform, Bright Horizons will make reasonable accommodations for the restrictions and provide modified duty to employees whenever possible.

To request an accommodation in order to fulfill your essential job functions, please inform your supervisor. Your supervisor will work through an interactive process with you to assess the current job responsibilities and any reasonable accommodations you may request to perform your essential job functions.



## Daily Schedule

When hired, you are assigned to a location and given an initial schedule and classroom/work area. Due to the critical importance of proper staffing in our centers, schools, and contact center, supervisors may change your assigned schedule or assignment to meet the requirements of the location. Schedules are not guaranteed, and flexibility is necessary. If you have a request to permanently change your schedule, the request must be made in writing to your supervisor or designee at least two weeks prior to the requested date. Although we will accommodate requests for schedule changes when possible, they cannot be guaranteed.

You may be asked to utilize vacation time during periods of temporary low enrollment/call volume or to work overtime as required during peak times.

## Disciplinary Action

The following are specific examples that may result in disciplinary action up to and including immediate termination of employment. Inappropriate conduct is documented using the Employee Conference Memo or its equivalent. This list is not intended to be all inclusive. Other conduct not specifically mentioned in this list that is inconsistent with company standards or policies may be considered as cause for disciplinary action, up to and including termination of employment.

1. Inappropriate interaction with a child or inappropriate discipline and/or punishment of a child, including but not limited to spanking or any other method that is inconsistent with our policies.

2. Failure to report an incident of suspected or actual abuse or neglect, which includes inappropriate touching or handling, to the appropriate agency per local Mandated Reporting law.

3. Negligence or carelessness in caring for children.

4. Leaving children unattended or out of ratio or failing to provide proper supervision for children.

5. Inappropriate use of personal cell phone, including having it on your person while in ratio or taking photos of children.

## Conflict of Interest

In our centers and schools, it is in the best interest of children, as well as staff, that you maintain professional relationships with the parents/guardians and family members of children in our care. If such relationships become personal (i.e., dating, flirtations, advances, custody disputes, babysitting, etc.) employees must report this potential conflict of interest to their supervisor. In addition, a child in your immediate family, your partner's immediate family, or a relative may not be enrolled in your classroom.

Personal relationships with any customer or vendor in which you or your family members have a personal or financial interest or stake that may interfere with your ability to serve the best interests of the company must also be reported to your supervisor.

Disciplinary action may result if you fail to report such a relationship or if the relationship impairs your ability to perform your job.

6. Failure to participate in, cooperate with, or interference with any company internal investigation regarding child welfare or violations of company policy.

7. Being convicted of a criminal offense considered disqualifying by Bright Horizons' policy, or being included on a government sex offender or child abuse/neglect registry list.

8. Using, possessing, distributing, or being under the influence of illegal substances or alcohol during working hours or on the premises.

9. Unauthorized damage, destruction, use, or removal of any property, records or reports belonging to Bright Horizons, our corporate clients, children, families, or employees.

10. Use of profane, intimidating, or demeaning language directed toward or in the presence of children or customers.

11. Exposing children to potentially hazardous personal items such as prescription or over-the-counter adult medication, choking hazards, known allergens (e.g. nuts), adult scissors, keys, or any other sharp items or substances; failing to secure such personal items adequately to ensure children's safety and well-being.

12. Possession of any type of weapon and/or explosive on or near the interior or exterior work areas of our premises. A valid license to carry a firearm does not allow you to violate this policy.

13. Providing incomplete, unsatisfactory, or false employment information or falsifying company documents, including but not limited to employment application information, professional credentials, educational credentials, background/records check information, or licensing documentation.

14. Embezzlement or misappropriation of funds.

15. Failure to follow company timekeeping policies, including clocking in for another employee or falsifying records.

16. Violation of the Confidentiality Policy.

17. Unsatisfactory attendance or failure to give satisfactory notice to your supervisor for absence, tardiness, a change in scheduled hours, or leaving before the end of the shift.

18. Unsatisfactory, inadequate job performance, or failure to perform assigned job duties.

19. Actions or behavior that disturb the children in our care or interfere with Bright Horizons' ability to do business, except as allowed by law.

20. Physical violence or threats of violence in the workplace.

21. Unlawful harassment, illegal conduct, or verbal and emotional abuse.

22. Improper use of company equipment/property, including but not limited to misuse of the telephone, fax, computer, appliances, etc.

23. Failure to attend any mandatory company conference, training session, meeting, or engagement.

24. Failure to appropriately handle internal/external calls. This includes hanging up on a caller without due cause.





## Non–Discrimination

Bright Horizons is committed to providing a work environment free from any unlawful discrimination and harassment for our employees, interns, independent contractors, and visitors. Harassment, discrimination, and retaliation by supervisors, managers, colleagues, and third parties such as vendors or clients are prohibited. Prohibited actions include, but are not limited to, discrimination or harassment because of sex (including pregnancy, childbirth, breastfeeding, or related medical conditions), race, gender (including gender identity and gender expression), national origin or ancestry, color, religion, creed (including religious dress and grooming practices), physical or mental disability, medical condition, genetic information, marital status, registered domestic partner status, denial of family and medical care leave, age, sexual orientation, veteran status or any other class protected by federal, state, or local law, ordinance or regulation.

The company's ability to fulfill this commitment depends on each employee. All employees have a responsibility to bring any behavior which they believe to be in violation of our Non-Discrimination Policy, whether it is directed toward themselves or toward another person, to the attention of their supervisor or their human resources business partner. In the event that you believe you are the subject of, or have been a witness to, any conduct which you believe may be considered a violation of Bright Horizons' Non-Discrimination Policy, including sexual harassment, please utilize our complaint resolution policy.

## SEX HARASSMENT DEFINITION

Sex harassment in the workplace is unlawful. Sex harassment includes, sexual harassment, gender harassment, and harassment based on pregnancy, childbirth, or related medical conditions. Sexual Harassment consists of unwelcome sexual advances, request for sexual favors, or other verbal, non-verbal, written or physical conduct of a sexual nature that is made explicitly or implicitly a term or condition of employment; submission or rejection of such conduct is used as the basis for employment decisions; unreasonably interferes with an individual's work performance or advancement; or creates a hostile, intimidating or offensive work environment. Some examples include but are not limited to:

- Sexual innuendoes, suggestive comments, jokes of a sexual nature, propositions, threats;

- Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, staring, leering, whistling, obscene gestures;

- Unwanted physical contact, including touching, pinching, brushing, accosting, or impeding someone's physical movement or progress;

- Repeated requests for a date, telephone calls, letters, or messages that are unwelcome or intimidating in nature;

- Discussion of sexual activities or inquiries into one's sexual experiences.

The harasser can be a supervisor, a colleague, or a non-employee. The victim does not have to be the opposite sex of the harasser. A person, who is not harassed directly but is affected from the offensive conduct, can be a victim of sexual harassment. There does not have to economic injury or a discharge for conduct to be considered sexual harassment.

## COMPLAINT RESOLUTION PROCESS

Reports may be made verbally and/or in writing, to a supervisor, manager, human resources business partner, or directly to the human resources department at 200 Talcott Avenue South, Watertown, MA 02472 or via our confidential HR employee inbox at hrconcerns@brighthorizons.com. Your complaint should include details of the incident or incidents, names of the individuals involved, and names of any witnesses. We will not disclose your name to any person/s unless disclosure is necessary for investigating the complaint or taking disciplinary measures in relation to the complaint.

Upon receipt of a complaint the human resources representative will:

- Inform the complaining party promptly, clearly and fully of his or her rights in connection with the handling of the complaint, including the rights of confidentiality.

- Conduct a fair, timely and detailed investigation of the employee's complaint, which will ordinarily include consulting with those believed to have knowledge of the acts or behavior that form the basis of the complaint, in order to make a determination regarding what occurred.

- Initiate an appropriate remedy and provide notice to the alleged harasser and the person making the complaint that appropriate action has been taken.

You may also file a complaint with the Federal Equal Employment Opportunity Commission (EEOC), or your local civil rights organization. These organizations investigate and prosecute complaints of prohibited discrimination and harassment in employment, including sexual harassment. Complaints may be filed with either the EEOC or the state agency. The telephone number for the EEOC in Washington, DC is 202-419-0713, TTY 202-419-0702, and is located at 131 M St NE (Fourth Floor, Suite 4NWO2F), Washington, DC 20507. You can be connected to your nearest field office by calling 800-669-4000, TTY 800-669-6820.

## DISCIPLINARY ACTION

If a determination is made that inappropriate conduct has occurred (including conduct found to meet the definition of sexual harassment), discipline of the harasser and anyone found to have engaged in retaliatory conduct may range from verbal reprimand up to and including termination of employment.

## RETALIATION

Both the law and Bright Horizons forbid retaliation against any individual who makes a complaint or participates in an investigation into allegations of unlawful behavior, including sexual harassment.

## LEGAL REMEDIES

In addition to the rights described above, individuals may file a formal complaint of discrimination with appropriate state or federal agency.

Under certain circumstances, some states allow for the harasser and/or the manager to be personally liable for damages in a civil suit brought against them.

## Outside Employment

Bright Horizons requires that your activities and conduct away from work must not compete with, conflict, or adversely affect your job performance and your ability to fulfill all job responsibilities as a Bright Horizons employee. Absences due to schedule conflicts with outside employment will be considered unexcused. Bright Horizons assumes no responsibility or liability regarding your outside employment. Nothing herein shall be construed or interpreted to constrain the employee from exercising any right or obligation under any state, local, or federal law.



## Personnel Records

Each location maintains personnel records for employees to document employment information and to meet licensing and government requirements.

Personnel files are the property of Bright Horizons. Upon request, you may view the contents of your file with your supervisor. If you wish to obtain a copy of a document from your personnel file, please ask your supervisor. Original documents, unless otherwise required by state law, will remain the property of Bright Horizons.

## Photography

As part of our curriculum, employees in our centers and schools use photography of children in our care to document and display children engaged in learning. These photographs must be taken on a Bright Horizons device, are the sole property of Bright Horizons, and are considered confidential. Images of children in our care must not be reproduced, distributed, posted on the Internet, or taken, sent, or kept on a personal mobile communications device.

Employees of Bright Horizons may be photographed or filmed as part of normal business operations. Bright Horizons may use such photographs and/or videos in a variety of ways, including printed materials, public display and posting on the internet; and at times the news media may cover events or activities at Bright Horizons locations. Bright Horizons retains all rights, title and interest in any photographs or videos taken of employees during their employment and may use them as applicable.

## Positive Guidance

Our guidelines for positive guidance promote basic respect for children and create a supportive atmosphere where young children can thrive. Positive guidance encompasses all the actions taken by teachers to develop self-fulfilling, productive, and socially acceptable behaviors in children. Development is viewed as a growth process, with each age and stage having its own characteristics, its own challenges, and needs.

Caregivers are required to follow these standards:

- Set realistic expectations for young children's behavior;
- Create a "yes" environment that encourages children's positive behavior;
- Model appropriate behavior;
- Give children alternatives to make positive choices;
- Use natural and logical consequences to motivate children to make positive decisions about their behavior; and
- Encourage behaviors such as cooperating, helping, negotiating, and problem-solving.



## PHYSICAL INTERACTION

Staff is expected to connect physically with children in appropriate ways that demonstrate care and concern and that make children feel nurtured and cared for. Staff should be sensitive to whether particular physical contact is welcome by children and appropriate to their individual characteristics and cultural experience.

The following guidelines should be observed:

- Touching a child's private areas (chest, genitals, and buttock areas), other than during diapering, assisting with toileting, or for medication administration, is prohibited.
- Tickling is not permitted. Soft touching games with infants such as "Itsy Bitsy Spider" are allowed.
- Children who initiate or welcome hugs should be greeted warmly and hugged gently (i.e. just enough to let them know you care for them).
- Kissing is discouraged, as this is usually limited to family interactions.
- Sitting on a teacher's lap – children may gravitate to a teacher's lap during story time or circle time, but by preschool age, should be encouraged to take their own place. In this way children do not become viewed as a 'favorite' and also learn to contribute to the activity on their own.
- Patting or rubbing a child's back is appropriate, but only on top of clothing, and between the shoulders and above the waist.
- During naptime, kneeling or sitting next to a child while patting or rubbing the back (as described above) is appropriate. Caregivers should not lay down with children. Also, the room may be dim, but not completely dark.
- Picking up children. Children should not be picked up unless they are not able to walk, yet/still becoming steady on their feet, or unless needed to perform a specific function such as feeding, diapering, or comforting, or to remove them from an unsafe situation.

## HANDLING AN AGRESSIVE CHILD

If a child is behaving in an aggressive or unsafe manner, he/she may need to be moved to a different area to prevent injury to him/herself or others. A child can be picked up if necessary, or if a child can walk, he/she may be led away by the hand. The child may be held gently to prevent physical harm to others. The teacher should use a calm voice, stating his/her intention to help the child to move away from the stressful situation and toward a safe place to calm down. If a child has repeated aggressive behavior, the director/principal and regional manager should be made aware, and an action plan created.

## INAPPROPRIATE DISCIPLINE

It is inappropriate to discipline a child using punishment that is inconsistent with the principles of positive guidance. Any incidents of abuse and neglect must be reported as defined by mandated reporting laws. In particular, the following uses of punishment are absolutely prohibited and may result in progressive counseling up to and including immediate termination of employment:

- Corporal punishment, including spanking;
- Shaking, jerking, squeezing, or physically indicating disapproval;
- Shaming or using humiliation, harsh/inappropriate tone of voice, or verbal abuse;
- Labeling ("bad" girl or boy) or otherwise implying that the child, rather than the behavior, is the problem;
- Using bribes, false threats, or false choices;
- Denial of food or special activities or events as a form of punishment; or force-feeding a child;
- Retaliating or doing to the child what he or she did to someone else; and
- Punishment for soiling, wetting, or not using the toilet.

# Progressive Counseling

As an employee, you accept responsibility for maintaining a quality work environment, proper standards of conduct and performance, and Bright Horizons' reputation in the community. Standards of conduct are necessary to protect the health and safety of each employee and the children in our care. All employees of the company are employed "at-will." As a result, either you or the company may terminate your employment at any time, for any reason, with or without cause. At-will status may only be modified in writing by the company's CEO.

Our three-step progressive counseling process provides a general guide to address unacceptable conduct or improper conduct either in or outside the workplace. Although it is implemented in most instances, it is not required, and Bright Horizons reserves the right to use any stage of the discipline process as it deems appropriate under the particular circumstances, including immediate termination. The steps of progressive counseling may include:

1. Written counsel

2. Written reprimand

3. Termination

Supervisors utilize the Employee Conference Memo as a tool to provide performance coaching and progressive counseling. The goal is to help you be successful. Progressive counseling is used to communicate performance feedback and to guide performance improvement.

Adverse employment action by the company in a particular case will depend on the specific circumstances, including the severity of the infraction, the employee's past performance, the impact upon Bright Horizons' business, and other factors as applicable.



# EXHIBIT C

# [EXTERNAL] Safety

███████████████████████

Tue 2/20/2018 6:22 PM

To: Agnieszka Andrzejuk <Agnieszka.Andrzejuk@brighthorizons.com>;  ████████████████████████████

*** This message originated outside Bright Horizons. Do not open attachments or click links from unknown senders or in unexpected emails. ***

Dear Agnes,

After seeing in person what ██████ had described and knowing the teacher lied about what happened makes me very nervous. I would please like to know if teacher Shah has made any further threats against the IMF.
I am in the process of finding the ███ a new school but as you know it takes time to get an immediate opening at a reputable place. I do not know how far in advance you need notice of our leave but I plan to take the ███ out as soon as they get in somewhere new.
I appreciate your cooperation in this matter and am sure it's your priority to keep the kids safe. My children's safety is my number one obviously. If there have been further threats I need to know.

Thank you,

███████

Sent from my iPhone

# EXHIBIT D

# CHARGE OF DISCRIMINATION

| | Charge Presented To: | Agency Charge No(s): |
|---|---|---|
| | [X] FEPA | |
| | [ ] | |

## District of Columbia Office of Human Rights
### State Agency

| Name (indicate Mr., Ms., Mrs.) | Email | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|---|
| **Shah Bano** | **SHAH_BANO@BIARI.BROWN.EDU** | **(571) 336-4866** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1333 N ST NW** | **Washington, DC 20023** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than one, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **Bright Horizons at IMF** | **20+** | **(202) 623-9800** |

| Street Address | City, State and ZIP Code |
|---|---|
| **700 19Th Street, NW** | **Washington, DC 20431** |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | | |
|---|---|---|---|---|
| [ ] RACE | [ ] COLOR | [X] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN |
| [X] RETALIATION | [ ] AGE | [ ] DISABILITY | [ ] OTHER (specified below) | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **January 31, 2018**    Latest **January 31, 2018**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Initial Written Complaint received by OHR on: [1-13-18]

I was hired by the Respondent September 12, 2017 to work as a Pre-K Teacher. I believe that I have been discriminated against in the terms, conditions, and privileges of employment based on my sex (pregnancy) for the following reasons:

**<u>Retaliation (requesting a pregnancy accommodation) – Discharge - sex (pregnancy)</u>**

I believe Respondent retaliated against me for requesting a pregnancy accommodation on December 19, 2017 and January 9, 2018 because Respondent terminated me on January 31, 2018.

On or about December 19, 2017, January 16 and January 29-31, 2018 I requested and was granted leave to attend doctor's appointments for my pregnancy. On January 9, 2018 I requested maternity leave from July 27, 2018 through six months from that date. On January 31, 2018 my employment was terminated with the Respondent, the reason given was I "did not have positive interactions with children".

Therefore, I charge Respondent with unlawful discriminatory acts in violation of Protecting Pregnant Workers Fairness Act of 2014. I have not commenced any other action civil, criminal, or administrative based on the above allegations other than the instant Charge of Discrimination.

| I want this charge filed with the local Agency. I will advise the agency if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **01-26-2018** _____ Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) April 26, 2018 |

TERI' PATRICE JACKSON
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires October 31, 2022

TERI PATRICE JACKSON
NOTARY
PUBLIC
COMM. EXP.
10-31-2022
DISTRICT OF COLUMBIA

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA<br>[X] EEOC | |

| District of Columbia Office of Human Rights | and |
|---|---|
| State Agency | EEOC |

| Name (indicate Mr., Ms., Mrs.)<br>**Shah Bano** | Email<br>**SHAH_BANO@BIARI.BROWN.EDU** | Home Phone (Incl. Area Code)<br>**(571) 336-4866** | Date of Birth |
|---|---|---|---|
| Street Address<br>**1333 N ST NW** | City, State and ZIP Code<br>**Washington, DC 20023** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than one, list under PARTICULARS below.)

| Name<br>**Bright Horizons at IMF** | No. Employees, Members<br>**20+** | Phone No.<br>**(202) 623-9800** |
|---|---|---|
| Street Address<br>**700 19TH Street, NW** | City, State and ZIP Code<br>**Washington, DC 20431** | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN

[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (specified below)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **January 31, 2018**    Latest **January 31, 2018**

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
Initial Written Complaint received by OHR on: [1-13-18]

I was hired by the Respondent September 12, 2017 to work as a Pre-K Teacher. I believe that I have been discriminated against in the terms, conditions, and privileges of employment based on my sex (pregnancy) for the following reasons:

**Retaliation (requesting a pregnancy accommodation) – Discharge- sex (pregnancy)**

I believe Respondent retaliated against me for requesting a pregnancy accommodation on December 19, 2017 and January 9, 2018 because Respondent terminated me on January 31, 2018.

On or about December 19, 2017, January 16 and January 29-31, 2018 I requested and was granted leave to attend doctor's appointments for my pregnancy. On January 9, 2018 I requested maternity leave from July 27, 2018 through six months from that date. On January 31, 2018 my employment was terminated with the Respondent, the reason given was I "did not have positive interactions with children".

Therefore, I charge Respondent with unlawful discriminatory acts in violation of the Title VII Civil Rights Act of 1964 and the D.C. Human Rights Act of 1977, as amended. I have not commenced any other action civil, criminal, or administrative based on the above allegations other than the instant Charge of Discrimination that has been cross-filed with the EEOC.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **01-26-2018**<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>Jan 26, 2018 |

PATRICE JACKSON
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires October 31, 2022

# EXHIBIT E



★ ★ ★   GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

March 1, 2019

Shah Bano
c/o Michael J. Foley, Esq.
Axelson, Williamowsky, Bender & Fishman, P.C.
1401 Rockville Pike, Suite 650
Rockville, MD 20852
Mjf@awbflaw.com

*Complainant*

Bright Horizons
Matthew E. Christoph, Esq.
Legal Counsel
200 Talcott Avenue
Watertown, MA 02472
matthew.christoph@brighthorizons.com.

*Respondent*

**OHR No.:**   18-295-PPWFA
**EEOC No.:**   N/A
**HUD No.:**   N/A

Dear  Parties:

*This letter constitutes the Office of Human Rights' (OHR) ORDER for administrative dismissal without prejudice regarding the above referenced matter. The basis for the dismissal is underlined, bolded, and indicated by a check mark below, and a further explanation is provided on the next page.*

- [ ] The Complainant fails to state a claim for which relief can be granted. 4 DCMR § 708.1 (c).
- [ ] OHR cannot contact the Complainant using the contact information of record and the Complainant has not contacted OHR as follows:
  - [ ] OHR was unsuccessful in its attempts on              and                         to contact the Complainant by telephone, e-mail, or mail addressed to the complainant's address of record.
  - [ ] The complainant has failed to contact OHR within thirty (30) days of OHR's telephone contact, e-mail, or mail. 4 DCMR § 708.1 (a)-(b).
- [ ] The Complainant has submitted a written request to withdraw the complaint. 4 DCMR § 708.1.
- [ ] The complaint was not filed within one (1) year of the occurrence or discovery of the alleged discriminatory practice. 4 DCMR § 702.1 (a).
- [ ] The Respondent no longer exists as a result of a court action. 4 DCMR § 708.1 (d).
- [ ] The alleged unlawful discriminatory practice did not occur within the District of Columbia. 4 DCMR § 702.1 (b).
- [ ] The Respondent does not maintain a presence within the District of Columbia, is not substantially engaged in doing business within the District of Columbia; or is not operating an enterprise which is subject to licensing by the District of Columbia Government. 4 DCMR § 702.1 (c).
- [ ] OHR lacks jurisdiction over the Respondent or lacks jurisdiction for other reasons. 4 DCMR §§ 708.1 (e) and 707.1.
- [ ] Respondent is a housing provider exempt under D.C. Code § 2-1402.24.
- [x] OHR, in the exercise of its prosecutorial discretion, dismisses this complaint for administrative convenience. *See Honig v. District of Columbia Office of Human Rights*, 388 A.2d 887, 888 (D.C. 1978).



**Further Explanation:**

On February 13, 2018, Complainant filed a timely complaint of discrimination with OHR. A Charge of Discrimination was perfected on April 26, 2018, in OHR case number 18-295-PPWFA. On December 17, 2018, in furtherance of OHR's investigation into the complaint, OHR interviewed Complainant. During the interview, Complainant revealed that she filed a separate complainant at the  Employment Opportunity Commission (EEOC) on or about May 1, 2018 (case number 570-2018-01456).

Upon review of EEOC complaint 570-2018-01456 and OHR complaint 18-295-PPWFA, OHR finds that the complaint filed with the EEOC is substantially similar to the complaint filed at OHR. Specifically, the EEOC complaint alleges discrimination from September 18, 2017, to January 31, 2018, and states "my supervisor, Brianna Demarco retaliate[d] against me for conceiving a child and having to attend to fetal appointments." The OHR Charge of Discrimination alleges discrimination on January 31, 2018, and states, "I believe Respondent retaliated against me for requesting a pregnancy accommodation on December 19, 2017 and January 9, 2018 because Respondent terminated me on January 31, 2018." Complainant was issued a Notice of Right to Sue letter by the EEOC in complaint number 570-2018-01456.

As the factual assertions in 18-295-PPWFA are substantially similar to the complaints in which Complainant has, or will be, issued a Right to Sue letter, dismissal of 18-295-PPWFA will provide Complainant the opportunity seek full resolution of all complaints in an appropriate forum. Accordingly, in the exercise of its prosecutorial discretion, OHR hereby dismisses complaint  18-295-PPWFA without prejudice.


**Private Cause of Action**

OHR has administratively dismissed this matter without making a determination on the merits. Accordingly, for claims under the D.C. Human Rights Act, Complainant may file a private cause of action in the D.C. Superior Court. D.C. Code § 2-1403.16(a). The DC Human Rights Act allows claims to be filed within one (1) year from the incidents in question. D.C. Code § 2-1403.04(a). "The timely filing of a complaint with the office shall toll the running of the statute of limita-tions while the complaint is pending." D.C. Code § 2-1403.16(a). For claims under the D.C. Family & Medical Leave Act, Complainant may file a private cause of action within one year of the alleged violation.  D.C. Code § 32-510(b).  The deadline has been tolled while the complaint has been pending at OHR.  4 DCMR § 1610.3.

**Request to Reopen**

A request that OHR reopen an administratively dismissed Human Rights complaint must be submitted to the OHR Director, at ohr.ogc@dc.gov, within 30 days of the date of this letter. 4 DCMR § 708.3. A complaint may be reopened by the OHR Director for good reason or in the interest of justice, based on the Director's dis-cretion, if there has been no OHR determination on the merits. 4 DCMR § 708.4. Complainant has three (3) years from the date of service of this decision to file a Petition for Review with the D.C. Superior Court. *See Simpson v. D.C. Office of Human Rights*, 597 A. 2d 392, 395 (D.C. 1991).

**Notice Regarding Potential Federal Claims**

Complainant may wish to file an employment discrimination complaint with the Equal Employment Opportu-nity Commission (EEOC) at 131 M Street, N.E., Fourth Floor, Suite 4NWO2F, Washington, DC 20507-0100, or a housing discrimination complaint with the Department of Housing and Urban Development (HUD) at http://portal.hud.gov/hudportal/HUD?sre=/topics/housing_discrimination based on the allegations contained within the complaint which OHR has dismissed. Or, if a case has already been cross-filed with the EEOC, Com-plainant may wish to contact the EEOC or to request a right to sue letter.

Sincerely,

Monica Palacio,
Director



# EXHIBIT F

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Shah Bano<br>1333 N ST NW<br>Washington, DC 20005 | From: Washington Field Office<br>131 M Street, N.E.<br>Suite 4NW02F<br>Washington, DC 20507 |
|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2018-01456 | Monica R. Colunga,<br>Enforcement Supervisor | (202) 419-0711 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Monica Colunga*

**MAY 29 2018**

Mindy E. Weinstein,
Acting Director

(Date Mailed)

Enclosures(s)

cc:

**BRIGHT HORIZONS AT IMF**
700 19th St NW
Washington, DC 20431